

FILED
OCT 1 3 2010
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR10-50074 |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| CHRISTOPHER GABBARD, | |
| Defendant. | |

This Court entered a Preliminary Order of Forfeiture on May 3, 2010, and a Judgment and Commitment on July 16, 2010, ordering Defendant to forfeit certain property (the Subject Property), specified as:

a Taurus, model PT 92 AF, 9mm pistol, bearing serial number TYK53625; and
a Browning, model BL-22, .22 caliber rifle, bearing serial number 02619PY226.

Notice of the Preliminary Order of Forfeiture was given by publication from May 4, 2010, through and including June 2, 2010. No timely claim has been filed.

The Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: October 13, 2010.

BY THE COURT:

/s/ Karen E. Schreier
KAREN E. SCHREIER
Chief Judge